**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
YENSY CONTRERAS,

           Plaintiff,

           -against-

GRUNT STYLE, LLC,

           Defendant.

------------------------------------------------------------x

21-CV-11202 (PAE) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The parties are in receipt of Plaintiff's request to adjourn the initial case management conference on February 16, 2022. This request is **GRANTED.** Plaintiff has until **Monday, March 28, 2022**, to file a Motion to Dismiss, or in the alternative, file a joint status letter with Defendant. The Clerk of Court is respectfully directed to close ECF 8.

      **SO ORDERED.**

Dated: February 11, 2022
       New York, New York

       _s/ Ona T. Wang_
       **Ona T. Wang**
       United States Magistrate Judge