**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
YENSY CONTRERAS,

              Plaintiff,

              -against-

GRUNT STYLE, LLC,

              Defendant.

------------------------------------------------------------x

21-CV-11202 (PAE) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

On January 16, 2022, this case was scheduled for an initial case management conference for February 16, 2022. (ECF 6). On February 9, 2022, Plaintiff requested to adjourn the initial case management conference. (ECF 8). This request was granted, and the Court gave Plaintiff until Monday, **March 28, 2022**, to file a Motion to Dismiss, or in the alternative, file a joint status letter with Defendant. (ECF 9).

Although Plaintiff sought and obtained a Certificate of Default (ECF 12), no Motion for Default Judgment has been filed. The Court, *sua sponte*, gives Plaintiff until **June 24, 2022,** to file a Motion for Default Judgment.

Plaintiff is directed to serve this Order on Defendant and file proof of service on the docket.

**SO ORDERED.**

Dated: May 20, 2022
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge